IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Person, George T

Printed: 12/16/08

Case Number: 08 B 23471
Judge: Hollis, Pamela S
Filed: 9/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 2. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Branch Banking And Trust | Secured | 0.00 | 0.00 |
| 4. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 6. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 7. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 8. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 9. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 10. | Branch Banking And Trust | Secured | 0.00 | 0.00 |
| 11. | PRA Receivables Management | Unsecured | 0.00 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 13. | Aurora Loan Service | Secured |  | No Claim Filed |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Person, George T | Case Number:  08 B 23471 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/16/08 | Filed:  9/5/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

